# United States District Court
**For The Western District of North Carolina**

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Petty / Misdemeanor Offenses) |
| Melanie Sundeen | Case Number: DNCW308CR000060-001 |
| | USM Number: 21482-058 |
| | Charles Morgan |
| | Defendant's Attorney |

**THE DEFENDANT:**

- [X] pleaded guilty to count(s) 1
- [ ] Pleaded guilty to violation(s)
- [ ] Pleaded not guilty to count(s)
- [ ] Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:111 | Simple Assault | 12/27/07 | 1 |

- [ ] Counts(s) (is)(are) dismissed on the motion of the United States.
- [ ] Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- [ ] Found not guilty as to:

**IMPOSITION OF SENTENCE:**

1. Defendant sentenced to **One(1) year Probation** with Conditions:
   1 - Defendant to receive Alcohol Evaluation,   2 - Defendant shall not consume alcohol before or during any flight.
   Defendant shall pay **$500.00 fine** plus **$50.00 assessment**.

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Date of Imposition of Sentence: 4/24/08

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge